IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
In Admiralty
No. 4:17-CV-176-D

| | |
|---|---|
| ATLANTIC COAST MARINE GROUP, INC., <br> Plaintiff, <br><br> v. <br><br> One approximately 28' Bayliner Motor Yacht bearing Hull Identification Number BL2A65ECL98 including its engines, generators, fishing gear, tenders, electronics, contents, bunkers, interior appointments, appurtenances, etc., in rem, <br> Defendant. | **ENTRY OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55 and Local Admiralty Rule C.4, default is hereby entered against the in rem defendant One approximately 28' Bayliner Motor Yacht bearing Hull Identification Number BL2A65ECL798 including its engines, generators, fishing gear, tenders, electronics, contents, bunkers, interior appointments, appurtenances, etc.

SO ORDERED. This the 4 day of May, 2018.

Peter A. Moore, Jr.
Clerk of Court